**Order filed, February 19, 2015.**



**In The**

# Court of Appeals
**For The**
# First District of Texas
_____

## NO. 01-15-00049-CR

**JORDAN CAMPBELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the Crim Dist Ct**
**Jefferson County, Texas**
**Trial Court Case 12-15267**

---

## ORDER

The reporter's record in this case was due February 2, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Leah Hayes, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

/s/ Laura Higley
   Acting individually